649 A.2d 431

**William C. RYBAK, Appellant,**

v.

**STATE EMPLOYEES' RETIREMENT BOARD, Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1994.

Decided Oct. 31, 1994.

Richard J. Orloski, Allentown, for W.C. Rybak.

Nicholas Joseph Marcucci, Harrisburg, for S.E.R.B.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

Appellee's motion to strike the portions of appellant's brief that address matters not encompassed by this Court's grant of allowance of appeal, which was limited to the issue of equal protection, is granted. The order of the Commonwealth Court, 154 Pa.Cmwlth. 586, 624 A.2d 286, is affirmed. See *Harper v. State Employees' Retirement System,* 538 Pa. 520, 649 A.2d 643 (1993).

MONTEMURO, J., is sitting by designation.